```
                                            ┌─────────────────────────────┐
                                            │    U.S. DISTRICT COURT       │
                                            │ NORTHERN DISTRICT OF TEXAS   │
                                            │        FILED                 │
                                            │  ┌───────────────────────┐   │
                                            │  │                       │   │
                                            │  │     DEC 1 9 2019       │   │
                                            │  │                       │   │
                                            │  └───────────────────────┘   │
                                            │  CLERK, U.S. DISTRICT COURT  │
                                            │  By                           │
                                            │         Deputy                │
                                            └─────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KURT DUANE WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-173-Z-BQ |
| | § | |
| SCOTT BRUMLEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff's Complaint should be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff did not file objections, and the time to do so has now expired.

After making an independent review of the pleadings in this case, and the findings, conclusions, and recommendation of the magistrate judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge are ADOPTED, and Plaintiff's Complaint is DISMISSED without prejudice.

**SO ORDERED**.

December 19, 2019

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE