IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG 3 1 2020

CLERK, U.S. DISTRICT COURT
By ____
       Deputy

| | | |
|---|---|---|
| KURT DUANE WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-00173-Z-BQ |
| | § | |
| SCOTT BRUMLEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE JUDGMENT**

On July 29, 2020, the United States Magistrate Judge entered findings and conclusions in this case (ECF No. 18). The Magistrate Judge RECOMMENDS that Plaintiff's Motion for Reconsideration of the Judgment, self-titled in two parts as "Request: Court Order" (ECF No. 16) and "Motion for Summary Judgment" (ECF No. 17) be DENIED. No objections to the findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. Accordingly, it is ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED and that Plaintiff's Motion (ECF Nos. 16, 17) is DENIED.

**SO ORDERED**.

August **31**, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE